**Order filed, October 24, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00915-CV

_____

**RAY W. WARE, M.D., GUARDIAN FOR THE PERSON AND ESTATE OF ALAN KEITH WARE, Appellant**

**V.**

**MACARTHUR TOWNHOMES HOMEOWNERS ASSOCIATION BOARD OF DIRECTORS, Appellee**

---

**On Appeal from the 225th District Court
Bexar County, Texas
Trial Court Cause No. 2017CI20339**

---

## ORDER

The reporter's record in this case was due **October 22, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Luis Duran, Jr. and Maria E. Fattahi**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM